BRENDA NEAL ET AL. *v.* SHIELS, INC., ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*William F. Gallagher,* for the appellees (plaintiffs).

*Everett F. Fink,* for the appellants (defendants).

Argued May 1—decided May 1, 1973

ANDERSON & McPADDEN, INC. *v.* OTTO TUNUCCI ET AL.

The motion by the intervening plaintiff Ernest Rosiak dated April 2, 1973, to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendants file a proper bond or recognizance on or before May 15, 1973.

*T. Paul Tremont,* for the appellee (plaintiff Ernest Rosiak).

*Paul M. Tymiak,* for the appellants (defendants).

Argued May 1—decided May 1, 1973

ANDERSON & McPADDEN, INC. *v.* OTTO TUNUCCI ET AL.

The motion by the plaintiff dated April 6, 1973, to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendants file a proper bond or recognizance on or before May 15, 1973.

*Ronald J. Habansky,* for the appellee (plaintiff).

*Paul M. Tymiak,* for the appellants (defendants).

Argued May 1—decided May 1, 1973